ACCEPTED
03-14-00315-CV
6815264
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/7/2015 2:15:31 PM
JEFFREY D. KYLE
CLERK

# CAUSE NO. 03-14-00315-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

# IN THE THIRD COURT OF APPEALS
# AUSTIN, TEXAS

JADON NEWMAN
        Appellant

v.

FIRSTMARK CREDIT UNION
        Appellee

## UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE MOTION FOR REHEARING

Respectfully submitted,

Craig S. Smith
SBN 18553570
14493 S.P.I.D., suite A, P.M.B. 240
Corpus Christi, Tx. 78418
361 728 8037
csslawrr@gmail.com

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW Jadon Newman, respectfully showing the Court as follows:

1. Appellant is Jadon Newman; Appellee is Firstmark Credit Union.

2. This motion is filed on September 8, 2015. The deadline for filing Appellants' Motion for Rehearing is September 8, 2015.

3. Appellant requests an additional 7 days to file his Motion for Rehearing, extending the time until September 15, 2015.

4. This is Appellant's first motion for an extension of time to file his Motion for Rehearing.

5. Appellant needs additional time to file his Motion for Rehearing because his counsel is carefully studying the Court's Opinion and needs more time to draft a Motion for Rehearing. Counsel also has several other pressing cases which consuming professional time.

6. This motion is unopposed.

## PRAYER

Appellant moves the Court for a 7 day extension of time within which to file his Motion for Rehearing and for all other relief to which he is entitled.


Respectfully submitted,


/s/ Craig S. Smith
Craig S. Smith

## CERTIFICATE OF SERVICE AND CONFERENCE

I Craig S. Smith certify that on September 8, 2015, I served the following Counsel by email with this motion for extension of time. On September 2, 2015, my co-counsel Peter Ruggero consulted with Lessie Fitzpatrick and she does not oppose this motion.


Lessie Fitzpatrick
Lfitzpatrick@FBHS.com
Lisa Fancher
Lfancher@FBHS.com
98 San Jacinto Blvd, suite 2000
Austin, Tx. 78701


/s/ Craig S. Smith
Craig S. Smith